**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4735 PA (CWx) | Date | May 5, 2010 |
|---|---|---|---|
| Title | J.B. Hunt Transport, Inc. v. Nekim Aragon, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS

   The Court is in receipt of the Supplemental Declaration of Rajeev Patel regarding the status of the depositions of defendants Teresa Jones and Steven Jones. (Docket No. 53.) According to Mr. Patel's declaration, the deposition of Steven Jones took place on April 12, 2010. However, Teresa Jones' counsel maintains that he has no knowledge of Ms. Jones' location, and therefore cannot produce her for deposition.

   Given that it appears that Ms. Jones has abandoned her defense of the claims against her in this action, counsel for Ms. Jones is hereby ordered to show cause in writing, no later than May 19, 2010, why Ms. Jones' motion for summary judgment and answer to the First Amended Complaint should not be stricken and her default entered. Plaintiff J.B. Hunt Transport, Inc.'s response, if any, shall be filed by May 26, 2010.

   IT IS SO ORDERED.